IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ELIZABETH L. HATOS                                                                                    PLAINTIFF

v.                                              Civil No. 4:15-cv-04071

COMMISSIONER, SOCIAL                                                                           DEFENDANT
SECURITY ADMINISTRATION

## ORDER

Plaintiff has submitted a Complaint for filing, together with Motion for Leave to Proceed *in forma pauperis (*IFP*)*.  ECF No. 3.

The Court has reviewed the IFP application, and finds that Plaintiff has monthly income sources of $2,768.00.  *Id.*  Accordingly, the Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 3) is **DENIED**.  Plaintiff is directed to pay the filing fee of $400.00 within twenty (20) days of the date of this order.  Failure to pay the $400.00 filing fee will result in dismissal of this action.

**IT IS SO ORDERED** this **4th day of August, 2015.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE