IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ELIZABETH L. HATOS                                                                                      PLAINTIFF

vs.                                              Civil No. 4:15-cv-04071

CAROLYN COLVIN                                                                                       DEFENDANT
Commissioner, Social Security Administration

## ORDER

    Before the Court is the Report and Recommendation filed on June 20, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation.

    Accordingly, the Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $6,110.20. This award represents 30.70 attorney hours at an hourly rate of $186.00 for work performed and $400.00 in costs. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

    The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

    IT IS SO ORDERED, this 12th day of July, 2016.

                                                    /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge